UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
YUGMORTRANS LTD.

                     Plaintiff,          08 CV

-v-

                                **STATEMENT PURSUANT
                                TO F.R.C.P 7.1**

ASLI DENIZ TASIMCILIGI,

                     Defendant.
------------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, YUGMORTRANS LTD., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
       June 4, 2008

                                          CHALOS & CO., P.C.
                                          Attorneys for Plaintiff
                                          YUGMORTRANS LTD.

              By:     */s/ signature*
                                 George M. Chalos (GC-8693)
                                 123 South Street,
                                 Oyster Bay, New York 11771
                                 Tel: (516) 714-4300
                                 Fax: (866) 702-4577
                                 Email: gmc@chaloslaw.com